IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV477-01-MU

| | |
|---|---|
| DAVID E. SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| STARLING POLICE DEP'T, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** comes before the Court upon Plaintiff's Complaint pursuant to 42 U.S.C. § 1983, filed November 5, 2007.

On November 5, 2007, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 containing various allegations against unnamed individuals. After dismissing the Union County Jail and the Starling Police Department, this Court ordered the Union County sheriff's office to provide the identity of the individuals involved in the alleged kicking incident and the officers involved in Plaintiff's arrest. The Court also ordered Plaintiff, upon receiving this information, to inform the Court which individuals he wished to name as defendants. Both parties have complied with this Court's Order.

**THE COURT HEREBY ORDERS** that:

1. The Clerk include Sergeant Michael Kane, Officer Hedlund, Officer Michael, Officer Serrest, and Officer Dennis as defendants in this matter; and

2. The Clerk shall issue summons and deliver it forthwith to the U. S. Marshal who will make service of process without additional cost on the above-named defendants.

Signed: June 17, 2008

Graham C. Mullen
United States District Judge