# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
3:07cv477-1-MU

| | |
|---|---|
| DAVID E. SIMPSON,<br><br>              Plaintiff,<br>Vs.<br><br>STALLINGS POLICE DEP'T, et al.,<br><br>              Defendants. | **ORDER** |

**THIS MATTER** comes before the Court upon its own motion.

If any party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order.

Signed: November 7, 2008

Graham C. Mullen
United States District Judge