# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David Ezell Simpson,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

vs.                                                  3:07-cv-477-RJC

Stallings Police Department, et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2011 Order.

Signed: January 3, 2011

Frank G. Johns, Clerk
United States District Court